[Civil No. 742.]

THE SALT RIVER VALLEY CANAL COMPANY et al., Appellants, v. HENRY E. SLOSSER, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. R. E. Sloan, Judge.

C. F. Ainsworth, and L. H. Chalmers, for Appellants.

W. H. Stilwell, and Kibbey & Edwards, for Appellee.

THE COURT.—Upon authority of the principles announced in the case of *Gould* v. *Maricopa. Canal Co.* (decided at this term), 8 Ariz. 429, 76 Pac. 598, the judgment of the court below is affirmed.

KENT, C. J., DOAN, J., and DAVIS, J., concur.

———

[Civil No. 739.]

JAMES D. MARLAR, Appellant, v. THE MARICOPA CANAL COMPANY, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

W. H. Stilwell, and J. H. Kibbey, for Appellant.

C. F. Ainsworth, for Appellee.

March 26, 1904.

SLOAN, J.—Upon the authority of the case of *Gould* v. *Maricopa Canal Co.* (decided at this term), 8 Ariz. 429, 76 Pac. 598, the judgment of the trial court is reversed, and a decree will be entered establishing appellant's right as an appropriator of water to the extent needed for the irrigation of the land described in his complaint, not exceeding thirty-five inches, and granting, against the appellee, the same character of relief granted to the appellant in the Gould case.

KENT, C. J., DOAN, J., and DAVIS, J., concur.